AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE R. MOLINA<br><br>*Plaintiff(s)*<br>v.<br>HS CONSULTING GROUP, INC. d/b/a CIVILIZED NATIONS; I AM CIVILIZED, LLC; ALEX D. GARCIA; and VIVIAN BONET RUBIO<br><br>*Defendant(s)* | Civil Action No. 16-cv-21462-Cooke/Torres |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HS CONSULTING GROUP, INC.
d/b/a CIVILIZED NATIONS
C/o Registered Agent Vivian Bonet Rubio
680 NE 64 Street, #A400
Miami, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John B. Ostrow, P.A.
777 Brickell Avenue, Suite 400
Miami, FL 33131
Tel: 305-358-1496

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: _____04/25/2016_____

s/ J. Adams
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOSE R. MOLINA <br><br> *Plaintiff(s)* <br> v. <br><br> HS CONSULTING GROUP, INC. d/b/a CIVILIZED NATIONS; I AM CIVILIZED, LLC; ALEX D. GARCIA; and VIVIAN BONET RUBIO <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. <br> 16-cv-21462-Cooke/Torres |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  I AM CIVILIZED, LLC
C/o Registered Agent Alex Gracia
2125 Biscayne Blvd., Suite 361A
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John B. Ostrow, P.A.
777 Brickell Avenue, Suite 400
Miami, FL 33131
Tel: 305-358-1496

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   04/25/2016

Steven M. Larimore
Clerk of Court

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE R. MOLINA <br><br> *Plaintiff(s)* <br> v. <br> HS CONSULTING GROUP, INC. d/b/a CIVILIZED NATIONS; I AM CIVILIZED, LLC; ALEX D. GARCIA; and VIVIAN BONET RUBIO <br><br> *Defendant(s)* | Civil Action No. <br> 16-cv-21462-Cooke/Torres |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ALEX D. GARCIA
2125 Biscayne Blvd., Suite 361A
Miami, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John B. Ostrow, P.A.
777 Brickell Avenue, Suite 400
Miami, FL 33131
Tel: 305-358-1496

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  04/25/2016

Steven M. Larimore
Clerk of Court

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JOSE R. MOLINA *Plaintiff(s)* v. HS CONSULTING GROUP, INC. d/b/a CIVILIZED NATIONS; I AM CIVILIZED, LLC; ALEX D. GARCIA; and VIVIAN BONET RUBIO *Defendant(s)* | ))))))))))))) | Civil Action No. 16-cv-21462-Cooke/Torres |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  VIVIAN BONET RUBIO
 680 NE 64 Street, #A400
 Miami, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John B. Ostrow, P.A.
 777 Brickell Avenue, Suite 400
 Miami, FL 33131
 Tel: 305-358-1496

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  04/25/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts